New York Special Term, Reported. N. Y. L. J., February 19, 1901.

HENRY H. LYMAN *v*. DEMETRIUS RAKOPOULOS.

FITZGERALD, J.  Motion denied.  (*Lyman* v. *Young Men's Cosmopolitan Club,* 38 App. Div. 220.)